IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:18CR337-1 |
| DASHAWN TYREAK DIXON | : |

*FILED AUG 27 2018, Clerk U.S. District Court, Greensboro, NC*

The Grand Jury charges:

COUNT ONE

On or about February 16, 2017, in the County of Guilford, in the Middle District of North Carolina, DASHAWN TYREAK DIXON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Glock .40 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about May 5, 2017, in the County of Guilford, in the Middle District of North Carolina, DASHAWN TYREAK DIXON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Smith &

Wesson .40 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: August 27, 2018

MATTHEW G.T. MARTIN
United States Attorney

*John M. Alsup by RJG*
BY: JOHN M. ALSUP
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

2